

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-13-00500-CV

**IN THE INTEREST OF B.G.R.**, A Child

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-PA-00717
Honorable Larry Noll, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR WANT OF PROSECUTION. Costs of the appeal are taxed against appellant Miguel Rodriguez.

SIGNED September 4, 2013.

_____
Rebeca C. Martinez, Justice